THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS CHIBBARO, Appellant.— Order, so far as appealed from, unanimously affirmed. No opinion. Present — Dore, J. P., Cohn, Callahan, Breitel and Botein, JJ. [See 285 App. Div. 806.]

◼

JUOZAS BABILIUS v. TRANS WORLD MARITIME CORP.— Application denied, with $10 costs and stay vacated. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ.

◼

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY BERNOW, Appellant, et al., Defendant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Bastow, JJ.

◼

In the Matter of PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent-Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants-Respondents. [301 Madison Ave. and 60 East 42nd St., Borough of Manhattan.] — Order appealed from unanimously modified so as to fix the values of real property known as 60 East 42nd Street, Lot 42, Block 1276, as follows:

|  | Land | Building | Total |
|---|---|---|---|
| 1950–51 | $6,400,000 | $11,100,000 | $17,500,000 |
|  |  |  | (assessment reinstated) |
| 1951–52 | 6,700,000 | 11,500,000 | 18,200,000 |
| 1952–53 | 6,700,000 | 11,500,000 | 18,200,000 |

As so modified the order is, in all other respects affirmed. On this record the values indicated are justified. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Bastow, JJ.

◼

UNITED INDUSTRIAL SYNDICATE, INC., Respondent, v. WALTER W. WEISMANN et al., Appellants, et al., Defendants.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Botein, JJ. [See post, p. 948.]

◼

THE PEOPLE OF THE STATE OF NEW YORK v. DOMINICK DI MINNO.— Motion to dismiss appeal granted. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ.

◼

THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT GRIFFIN.— Motion to dismiss appeal granted. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ.